# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139567 & (22)(23)(24)

JUDITH GRAHAM and DONALD GRAHAM,
      Plaintiffs-Appellees,

v

OAKWOOD HEALTHCARE, INC.,
      Defendant-Appellant,

and

ER-ONE, INC., CHRISTOPHER DAISY, D.O.,
and MICHAEL SIMS, D.O.,
      Defendants.
_____/

SC: 139567
COA: 292621
Wayne CC: 07-732638-NH

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 23, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED. The motion for miscellaneous relief is GRANTED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2009

_____
Clerk

0916